In the Matter of VIVIENNE BOBBI-HADIYA S., an Infant. MAKENA ASANTA MALIKA McK., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents, et al., Respondent. (And Another Proceeding.)

Submitted April 27, 2015; decided June 9, 2015

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.